IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

MAIRA E. OBESO-LESLIE

    Plaintiff,

vs.

CITY OF FOLEY
FOLEY POLICE DEPARTMENT, ET AL.

    Defendant(s)

Civil Action No. 25-CV-215-JB-N

FILED MAY 21 '25 PM 4:09 USDCALS

## COMPLAINT

1. Plaintiff resides at 23970 Harvester Dr, Loxley, AL 36551

2. Name(s) of defendant(s) Lt. Larry Dearing, Lt. Tony Fuqua, Chief Thurston Bullock, Deputy Chief Kevin Carnley

3. Location of principal office(s) of the named defendant(s)
City of Foley 407 E Laurel Ave, Foley, AL 36535
Foley Police Department 200 E Section Ave, Foley, AL 36535

4. Nature of business of defendant(s) City of Foley, Foley Police Department sworn law Enforcement officers, Lieutenant, Lieutenant, Chief, Deputy Chief

5. Approximate number of individuals employed by defendant(s) CITY: OVER 500 POLICE: 120-150

6. The acts complained of in this suit concern:

   (A) ____ Failure to employ me.

   (B) _X_ Termination of my employment.

   (C) ____ Failure to promote me.

   (D) _X_ Other acts as specified below: _____

Discrimination based on Race, Sex, National Origin, Disability Discrimination, Retaliation, Racial and Sexual Harassment in violation of Title VII of the Civil Rights Act of 1964 (42 U.S.C. §2000e), Americans with Disabilities Act (ADA), and 42 U.S.C. §1983.

Rev. 8/2015

7. Plaintiff is:

   (A) _____ Presently employed by the defendant.

   (B) __X__ Not presently employed by the defendant.

   The dates of employment were  11/18/2014 - 12/20/2024

   (1) __X__ Plaintiff was discharged.

   (2) _____ Plaintiff was laid off.

   (3) _____ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

   (A) __X__ Race                __X__ Sex

   _____ Color                   __X__ National Origin

   _____ Religion

   Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

   (B) _____ Physical disability

   __X__ Mental disability

   Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

   (C) _____ Age

   Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Lieutenant Larry Dearing, White/Male. Lieutenant Tony Fuqua, White/Male. Chief Thurston Bullock, White/Male. Deputy Chief Kevin Carnley, White/Male. Mayor Ralph Hellmich, White/Male.

10. The alleged discrimination occurred on or 8/12, 8/26, 8/27, 9/23, 10/18, 21 & 22, 11/5, 11/21, 12/17, 12/20/2024. Harassment 8/24-10/24.

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: Racial and Sexual Harassment, National Origin, Hostile Work Environment, Retaliation For Protected Activity in violation of Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e §1983) and § 1981. Disability Discrimination, Failure to Accomodate, Discriminatory Termination Due to disability, in violation of Americans with Disabilities Act (ADA). Equal Protection Clause (Racial and Gender Discrimination), First Amendment Retaliation (protected reports, Speech, and complaints led to termination), Due Process Violation (Termination without proper process or hearing) in violation of Section 1983 (42 U.S.C. § 1983). Restricted from office and email, unable to retrieve evidence/proof. Was denied an opportunity to rebut or present supporting proof, and was instead met with additional findings and escalating disciplinary action. Annual evaluation was not completed for 2024. City Human Resources failed to respond to request of an explanation for why an evaluation and a raise were not completed. The termination letter was excessively detailed, conveying a biased and inflammatory narrative that contributed To emotional distress and harmed professional reputation.

12. The alleged illegal activity took place at Foley Police Department, 200 E Section Ave, Foley, AL. In a police vehicle traveling from Foley, AL to Fairhope, AL. At Mr. Spuds Restaurant, 18957 AL - 181 Fairhope, AL. All while on duty.

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about 11/08/2024

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 02/21/2025

14. I seek the following relief:

(A) __X__ Recovery of back pay.

(B) __X__ Reinstatement not requested. Respectfully request judgment in favor. Compensatory and punitive damages, costs, fees, injunctive relief (positive or neutral reference), and any other relief this Court deems just and proper. Demands a trial by jury on all issues triable.

Date: 05/20/2025

*[signature]*
Signature of Plaintiff

23970 Harvester Dr

Loxley, AL 36551

Address of Plaintiff

( 251 )623-0234
Telephone Number of Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

MOBILE DIVISION

Maira E. Obeso-Leslie, Plaintiff,

v.

City of Foley Police Department, Civil Action No.:_____

JURY TRIAL DEMANDED

Defendant.

COMPLAINT

Please see attached Exhibits A through K in support of this Complaint. Additional evidence, including emails, screenshots, medical diagnosis records for disabilities, medication list, granddaughter's proof of disabilities, is available and will be provided during the Discovery phase. A witness list has been prepared and is ready for submission with subpoenas as necessary,

A timely Charge of Discrimination (Charge No. 425-2025-00242) was filed with the Equal Employment Opportunity Commission (EEOC). A Notice of Right to Sue was issued on February 21, 2025.

STATEMENT OF FACTS

Employed by Defendant from 2014 until termination in December 2024. Was promoted multiple times and had no major disciplinary history. Beginning in 2024, experienced harassment, discrimination, and retaliation based on her race, sex, national origin, and disability. Was subjected to increased scrutiny, bullying, intimidating and abusive talk, and eventually terminated.

CLAIMS FOR RELIEF

Count I – Discrimination (Title VII and §1981)

Defendant discriminated against Plaintiff based on race, sex, and national origin, including by creating a hostile work environment and terminating her employment.

Count II – Disability Discrimination (ADA)

Defendant failed to reasonably accommodate Plaintiff's disability and used it as a factor in adverse employment actions, including termination.

Count III – Retaliation (Title VII and ADA)

Defendant retaliated against Plaintiff for reporting discriminatory and inappropriate conduct.

DAMAGES

As a result of the actions described, I have suffered significant harm, including but not limited to: emotional distress, mental anguish, physical health complications, reputational damage, loss of income and benefits, disruption in essential medical care for my dependant granddaughter, and the financial burden of seeking employment in a different county due to blacklisting and retaliation. My current daily commute is an hour one way, a two hour daily drive opposed to my once 15-20 minute commute to Foley PD. These damages have impacted not only my livelihood but also my ability to care for my family and maintain stability in my personal and professional life.

I had planned to retire from the City of Foley. The sudden and unjust termination shattered not only my career but my sense of belonging and trust. I led a team, gave my all to the department, went to bat for every single one of my dispatchers, including going to a funeral with one to show her support (when the last funeral I had attended was that of my daughter's - but I did it for my dispatcher because I cared). I considered my colleagues family. Yet since my separation, not a single person from the Foley Police Department or City has reached out, instead I have been blocked on social platforms as if I had committed a heinous crime rather than served with loyalty, honesty, and integrity. Rumors and gossip tarnished my character and reputation.

The timing of my termination inflicted deep emotional trauma: it occurred on the fourth anniversary of my daughter's funeral. Her memorial program includes the words, "Special thanks to my family at Foley Police Department and my partner. The love and support we have received from each of you has been overwhelming." That day, I wasn't given the respect of a conversation, a chance to show or explain my proof, remedial training, a warning, a write up, or even demotion - just a targeted removal. Every time I disproved one allegation, a new one was introduced. The entire internal investigation was disorganized and unprofessional.

I wasn't allowed to return to my office to retrieve my belongings. My work phone was disconnected, and my keys taken, before any formal termination or even a proposal for termination. I asked Human Resources to collect binders of evidence from my office, but they did not. These actions stripped me of my dignity, my voice, and my ability to defend myself. I later learned, my team were instructed not to communicate with me should I reach out to them or ask them to speak on my behalf.

The grief is compounded by the guilt I carry: I chose to go to work the night my daughter went missing because I was committed to my job. After my shift, my partner and I searched and found her deceased. That decision haunted me for four years, and this reopened the would and

regret and anguish replaced what healing I had accomplished since losing her. This regret will forever haunt me.

Despite overwhelming hardship - personal loss, trauma, medical needs - I continued to show up. My office was organized, my work up to date. I met my responsibilities even when I had to adjust my schedule for medical care. I did my job with pride.

The betrayal I experienced at the hands of those entrusted to lead and uphold justice has left lasting scars. I now carry deep distrust of law enforcement, particularly those in command. The emotional toll is immeasurable. I was discarded by people I trusted, people I was loyal and faithful to, without fairness, process, or humanity. The impact of this treatment will follow me the rest of my life.

EMOTIONAL, PHYSICAL, AND PSYCHOLOGICAL DAMAGES

In addition to the emotional trauma and professional losses, I have experienced severe physical and psychological consequences as a direct result of the unlawful actions taken against me. I was hospitalized due to stress-related complications and developed multiple physical ailments stemming from the emotional and mental toll of my termination. I gained weight, experienced high blood pressure, daily migraines, and muscle tension and spasms in my shoulders. I also developed shingles for two weeks due to intense stress, anxiety, and panic attacks. Insomnia, nsomnia, isolation, panic, and a constant fight or flight response became my new normal.

The trauma triggered what I can only describe as an "abused woman pattern" - walking on eggshells became a way of life. I suffered from hair loss, nail chewing, chest pain, and a complete loss of joy in my day to day existence. These symptoms culminated to suicidal ideations.

As my granddaughter's third birthday approached, after Halloween, then Thanksgiving, Christmas, and New Year's - I want into despair. My savings were gone. I was facing the potential loss of my home and vehicle. I gave up, I wanted to die. The fear, anxiety, and exhaustion almost cost me my life.

My office had been my safe space, my team like my children, and my work a source of pride. Trauma now intrudes on every part of my healing. I see a police car, and my heart drops. The reminder of what happened reopens the wound.

The person I was being bullied about ultimately severed ties with me because he continued to work there and didn't want to "stir the pot". We were once very close, but he bought into the rumors and gossip. That betrayal added another layer of loss.

I have sought therapy and remain under medical care, including the use of prescribed medication to manage depression, anxiety, sleep disturbance, and trauma-related symptoms. This situation caused harm beyond myself. It disrupted the life of my granddaughter, a child who depends on me not only for love, food, and shelter, but also for transportation to weekly therapy and medical appointments.

Because of this employment separation, she missed more than 42 therapy sessions between January and April - during the gap in insurance coverage caused by my termination. We could not continue her three therapies a week until new insurance became active in April under my new job. This is collateral damage that no child should experience.

The psychological impact of this experience continues to affect me today.

PRAYER FOR RELIEF

Plaintiff respectfully requests the following relief:

a. Judgment in her favor on all counts;

b. Compensatory and punitive damages;

c. Back pay, forward pay of wages, factor in evaluation, loss of family medical insurance;

d. Attorney's fees and costs, court fees, job search fees;

e. Any other relief the Court deems just and proper.

8. Jury Trial Demand

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted this 21st day of May, 2025.

Maira E. Obeso-Leslie *[signature]*

23970 Harvester Drive

Loxley, AL 36551

mleslie36551@outlook.com

(251) 623-0234